UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LOUISE BUZBY,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, BUREAU OF PRISONS; and FEDERAL PRISON INDUSTRIES, INC.,<br><br>    Defendants.<br>_____/ | No. C 04-4657 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at her last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: April 14, 2008.

                                                PHYLLIS J. HAMILTON<br>
                                                United States District Judge

G:\PRO-SE\PJH\CR.04\BUZBY657.DIS-MAIL.wpd